UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY ASHRAF,<br><br>           Plaintiff,<br><br>vs.<br><br>SECURITY FINANCE, LLC,<br><br>           Defendant. | Case No. 2:13-cv-01836-MMD-GWF<br><br>**ORDER** |

   This matter is before the Court on Defendant's Motion for Exception to Personal Attendance Requirements (#9), filed on December 18, 2013.  Defendant requests that the Court excuse their General Counsel, Marshall Walsh, from physically attending the Settlement Conference scheduled for January 17, 2014.  Defendant requests that Marshall Walsh be permitted to appear telephonically so that he does not have to fly to Las Vegas and can avoid costs.  After review, the Court finds that Defendant has not demonstrated good cause for the requested relief and Marshall Walsh's personal attendance at the Settlement Conference is required.

   Based on the foregoing and good cause appearing therefore,

   **IT IS HEREBY ORDERED** that Defendant's Motion for Exception to Personal Attendance Requirements (#9) is **denied**.

   Dated this 19th day of December, 2013.

                                          _____
                                          C.W. Hoffman, Jr.
                                          United States Magistrate Judge